```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
UNITED STATES OF AMERICA,         :
                                  :
        -against-                 :      21 CR 323 (VM)
                                  :         ORDER
LANCE JOHNSON and ANTHONY         :
ABERNATHY,                        :
                                  :
                     Defendants.  :
---------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2021

**VICTOR MARRERO, U.S.D.J.:**

Upon request from the Government, (see Attached Letter), it is hereby ordered that an initial conference in this above matter is scheduled for Friday, June 4, 2021 at 10:00 AM. The conference shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:   New York, New York
         26 May 2021

_Victor Marrero_
Victor Marrero
U.S.D.J.



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 25, 2021

**BY EMAIL**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Lance Johnson and Anthony Abernathy*, 21 Cr. 323 (VM)

Dear Judge Marrero:

    On May 20, 2021, the defendants in the above-captioned case were arraigned before the Honorable Robert W. Lehrburger. Pursuant to the parties' discussions with Your Honor's chambers, the Government respectfully submits this letter to request that the Court schedule an initial pretrial conference on June 4, 2021. The Government understands that the Court currently has availability from 9am-10:30am and at 4pm that day for an initial conference. The parties are also available during those times and are prepared to proceed whenever is most convenient for the Court.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: _____
David J. Robles
Assistant United States Attorney
(212) 637-2550

Cc: All counsel of record