```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/21
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,                :
                                         :
                                         :         21 CR 323 (VM)
          -against-                      :         ORDER
                                         :
Lance Johnson and Anthony                :
Abernathy,                               :
                                         :
                    Defendant.           :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    Counsel for the Government, with the consent of counsel for Defendant, requests that the status conference currently scheduled for October 15, 2021 be rescheduled. The conference shall be scheduled for Friday, November 19, 2021 at 12:00 p.m.

    All parties to this action consent to an exclusion of time from the Speedy Trial Act until November 19, 2021.

    It is hereby ordered that time until November 19, 2021 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:   New York, New York
           13 October 2021

_____
Victor Marrero
U.S.D.J.