USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/21

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :      **21 CR 323 (VM)**
        -against-                  :
                                   :      **ORDER**
LANCE JOHNSON and ANTHONY          :
ABERNATHY,                         :
                                   :
              Defendants.          :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the conference scheduled for Friday December 17, 2021 at 10:00 a.m. in this matter is canceled.

**SO ORDERED:**

Dated: New York, New York

      December 7, 2021

_____
Victor Marrero
U.S.D.J.