```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2022
```

**UNITED STATES DISTRICT COURT**
**SOURTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
                                    :       **21 CR 323 (VM)**
          -against-                 :
                                    :          **ORDER**
LANCE JOHNSON,                      :
                                    :
                                    :
                      Defendant.    :
------------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing scheduled for March 9, 2022 in this matter be rescheduled to June 24, 2022 at 10:00 a.m.

**SO ORDERED:**

Dated: New York, New York
       January 21, 2022

_____
Victor Marrero
U.S.D.J.