USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
                                    :     **21 CR 323 (VM)**
         -against-                  :
                                    :         ORDER
LANCE JOHNSON,                      :
                                    :
                                    :
              Defendant.            :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    It is hereby ordered that the sentencing scheduled for June 24, 2022 in this matter be rescheduled to July 15, 2022 at 11:00 a.m.

**SO ORDERED:**

Dated: New York, New York
       April 12, 2022

_____
Victor Marrero
U.S.D.J.