**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,            :
                                     :
                                     :          **21 CR 323 (VM)**
        -against-                    :
                                     :              **ORDER**
LANCE JOHNSON,                       :
                                     :
                                     :
                Defendant.           :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing scheduled for July 15, 2022 in this matter be rescheduled to July 22, 2022 at 12:00 PM.


**SO ORDERED:**

  Dated: New York, New York

        June 30, 2022

_____
Victor Marrero
U.S.D.J.