UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,              :
                                       :
                                       :     21 CR 323 (VM)
        -against-                      :
                                       :     ORDER
                                       :
LANCE JOHNSON,                         :
                                       :
                                       :
              Defendant.               :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant scheduled for July 22, 2022 at 12:00 PM is rescheduled for August 12, 2022 at 1:00 PM.

**SO ORDERED:**

Dated: New York, New York

   13 July 2022

_____
Victor Marrero
U.S.D.J.