**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :          **21 CR 323 (VM)**
        -against-                  :
                                   :             **ORDER**
LANCE JOHNSON,                     :
                                   :
                                   :
              Defendant.           :
---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant scheduled for August 12, 2022 at 1:00 PM is rescheduled for August 12, 2022 at 12:30 PM.


**SO ORDERED:**

 Dated: New York, New York

        11 August 2022

                                    _____
                                      Victor Marrero
                                      U.S.D.J.